**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Derek E Ladley and Kimberly A Ladley<br>                    Debtors<br><br>New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing<br>                    Movant<br>vs.<br><br>Derek E Ladley and Kimberly A Ladley and William C. Miller, Esq.<br>                    Respondents | Chapter 13<br><br>Case No.  14-19842-AMC |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing filed a Motion for Approval of Loan Modification to property at 421 Pine Street, Glenolden, PA 19036.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **February 13, 2018** you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

    United States Bankruptcy Court
    for the Eastern District of Pennsylvania
    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 214
    Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the Movant's attorney:

    Celine P. DerKrikorian, Esquire
    McCabe, Weisberg & Conway, P.C.
    Wells Fargo Building
    123 S. Broad Street, Suite 1400
    Philadelphia, PA 19109
    Phone: (215) 790-1010
    Fax: (215) 790-1274

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before Judge Ashely M. Chan on **March 6, 2018 at 11:00 a.m.** in Courtroom Number 5, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Courtroom Deputy's office at (215) 408-2822 to find out whether the hearing has been canceled because no one filed an answer.

Date: January 30, 2018