**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Derek E Ladley and Kimberly A Ladley<br><br>                    Debtors<br><br>New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing<br>                    Movant<br><br>vs.<br><br>Derek E Ladley and Kimberly A Ladley and William C. Miller, Esq.<br>                    Respondents | Chapter 13<br><br>Case No.  14-19842-AMC |

## CERTIFICATE OF SERVICE

I, Celine P. DerKrikorian, Esquire, counsel for New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, hereby certify that I served a true and correct copy of the Motion to Approve Loan Modification by United States Mail and/or electronic means, on January 30, 2018, upon the following:

| | | |
|---|---|---|
| Derek E Ladley and<br>Kimberly A Ladley<br>421 Pine Street<br>Glenolden, PA 19036<br>**Debtors** | Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107<br>**Attorney for Debtors** | William C. Miller, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br>**Chapter 13 Trustee** |

Date: January 30, 2018

/s/ Celine P. DerKrikorian
Ann E. Swartz, Esquire, I.D. # 201926
Celine P. DerKrikorian, Esquire, I.D. # 313673
Alexandra T. Garcia, Esquire, I.D. # 307280
McCabe, Weisberg & Conway, P.C.
123 S. Broad Street, Suite 1400
Philadelphia, PA  19109
ecfmail@mwc-law.com
Attorney for Movant