**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Derek E Ladley and Kimberly A Ladley<br>　　　　　　　Debtors<br><br>New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing<br>　　　　　　　Movant<br><br>vs.<br><br>Derek E Ladley and Kimberly A Ladley and William C. Miller, Esq.<br>　　　　　　　Respondents | Chapter 13<br><br>Case No. 14-19842-AMC |

**ORDER**

　　　　AND NOW, this __6th__ day of __March__, 2018, upon application of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing's, Motion for Approval of Loan Modification, and any response thereto, for permission to enter into a Loan Modification, and the Court having been satisfied that it is in the best interests of the Debtor to do so, it is hereby ORDERED that said Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE Judge Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court