United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-19842-amc
Derek E Ladley                                                        Chapter 13
Kimberly A Ladley
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Mar 06, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
jdb            +Kimberly A Ladley,    421 Pine Street,    Glenolden, PA 19036-1009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing ecfmail@mwc-law.com
              BRAD J. SADEK    on behalf of Debtor Derek E Ladley brad@sadeklaw.com,  bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Joint Debtor Kimberly A Ladley brad@sadeklaw.com,
               bradsadek@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage
               Servicing ecfmail@mwc-law.com
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,  ccharlton@flblaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 11

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Derek E Ladley and Kimberly A Ladley<br>            Debtors | Chapter 13<br><br>Case No. 14-19842-AMC |
| New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing<br>            Movant | |
| vs. | |
| Derek E Ladley and Kimberly A Ladley and William C. Miller, Esq.<br>            Respondents | |

**ORDER**

AND NOW, this __6th__ day of __March__, 2018, upon application of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing's, Motion for Approval of Loan Modification, and any response thereto, for permission to enter into a Loan Modification, and the Court having been satisfied that it is in the best interests of the Debtor to do so, it is hereby ORDERED that said Motion is GRANTED.

BY THE COURT:

_____
HONORABLE Judge Ashely M. Chan
United States Bankruptcy Court