UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Derek E. Ladley | : | Chapter 13 |
| Kimberly A. Ladley | : | |
| | : | |
| Debtor (s) | : | Case No.: 14-19842 AMC |

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

The Debtors, by and through their undersigned counsel, hereby move to modify their Chapter 13 Plan and in support thereof aver as follows:

1. Debtors filed a Chapter 13 Bankruptcy on or about December 16th, 2014.

2. The Chapter 13 filing was assigned case number 14-19842 AMC.

3. On or about July 9th, 2015, this Honorable Court confirmed the Debtors' Chapter 13 Plan.

4. Subsequent to Confirmation, Debtors applied for and was approved for a loan modification of their first mortgage with New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing ("mortgagee"). Please see approved loan modification attached here as **"Exhibit A."**

5. Said loan modification is financially beneficial to the Debtors and in no way adverse to the Bankruptcy estate.

6. At this time, the Debtors are in need of a modification of their confirmed Chapter 13 Plan in order to remove pre-petition mortgage arrears that no longer need to be paid to the mortgagee.

7. Debtors have drafted, and will file a modified Chapter 13 Plan, which shall pay back the allowed and filed unsecured creditors 100%, and remove the pre-

petition arrears initially due to the mortgagee. Please see attached modified Plan marked as **"Exhibit B."**

  WHEREFORE, the Debtors request that they be permitted to modify their Chapter 13 Plan for the above stated reasons.

Dated: March 14, 2018

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107