UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Derek & Kimberly Ladley | : | |
| | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 14-19842AMC |

**Addendum to Modified Chapter 13 Plan**

The Modified Plan filed at docket number 108 shall be changed in the following way:

1. Regarding Section 4(a), all payments disbursed by the Chapter 13 Trustee to date ($3,797.00), for arrears owed to New Penn Financial dba, Shellpoint Mortgage and pursuant to the Confirmed Plan are final and to be kept by the New Penn Financial dba, Shellpoint Mortgage.

Date: 4/23/2018                                                                            /s/ Brad J. Sadek, Esq.
                                                                                                      1315 Walnut Street
                                                                                                      #502 Philadelphia,
                                                                                                      PA 19107