IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Derek E. Ladley | : |
| Kimberly A. Ladley | : |
| | : |
| | : Case No.: 14-19842 AMC |
| | : |
| Debtor(s) | : Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Supplemental Application for Compensation filed on May 8, 2018 at docket number 111.

Dated: May 30, 2018                                      /s/ Brad J. Sadek, Esquire
                                                                                Brad J. Sadek, Esquire
                                                                                Sadek and Cooper
                                                                                "The Philadelphia Building"
                                                                                1315 Walnut Street, #502
                                                                                Philadelphia, PA 19107
                                                                                215-545-0008