# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-19842-AMC

DEREK E LADLEY
KIMBERLY A LADLEY
421 PINE STREET

GLENOLDEN, PA 19036

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DEREK E LADLEY
    KIMBERLY A LADLEY
    421 PINE STREET

    GLENOLDEN, PA 19036

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                        /S/ William C. Miller

Date: 10/1/2018                                  _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee