United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Derek E Ladley  
Kimberly A Ladley  
       Debtors

Case No. 14-19842-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Nov 06, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.  
db/jdb        +Derek E Ladley,    Kimberly A Ladley,    421 Pine Street,    Glenolden, PA 19036-1009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:

         ALEXANDRA T. GARCIA    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         BRAD J. SADEK    on behalf of Debtor Derek E Ladley brad@sadeklaw.com, bradsadek@gmail.com  
         BRAD J. SADEK    on behalf of Joint Debtor Kimberly A Ladley brad@sadeklaw.com, bradsadek@gmail.com  
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing ecfmail@mwc-law.com  
         DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                TOTAL: 12

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEREK E LADLEY  
KIMBERLY A LADLEY

Chapter 13

Debtor

Bankruptcy No. 14-19842-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __6th__ day of __November__, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK LAW OFFICE  
1315 WALNUT STREET #502  
PHILADELPHIA, PA 19107-

Debtor:  
DEREK E LADLEY  
KIMBERLY A LADLEY  
421 PINE STREET

GLENOLDEN, PA 19036